■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VICTOR STANIFORTH, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Richmond County, rendered September 15, 1971, convicting him of attempted sodomy in the first degree, upon his guilty plea, and imposing sentence. Case remanded to the Criminal Term for a preliminary determination as to whether or not the alleged crime was committed on an air field of the United States. Appeal held in abeyance in the interim. Rabin, P. J., Hopkins, Martuscello, Latham and Benjamin, JJ., concur.